UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------------x
STARR SURPLUS LINES INSURANCE COMPANY,

Plaintiff,

-against-

CINELLI IRON & METAL CO., INC., and
CIMCO RECYCLING, INC.

Defendants.
-----------------------------------------------------------------------x

Civil Action No.
2:17-cv-12014

## ORDER

**THIS MATTER** having been brought before the Honorable Joseph A. Dickson, Magistrate Judge, by Starr Surplus Lines Insurance Company ("Starr") in the above-captioned matter, on a Motion for Default Judgment pursuant to Fed. R. Civ. P. 55(b)(2), and the Court having reviewed the papers submitted in connection thereto,

**IT IS** on this 19th day of November, 2018,

**ORDERED** that Starr's Motion for Default Judgment is granted, and it is

**FURTHER ORDERED** that the Starr policies at issue are rescinded and void *ab initio* with respect to Cimco on the grounds that Cimco has failed to plead or otherwise defend against the Amended Complaint in accordance with, and within the time provided by, the Federal Rules of Civil Procedure.

_____
Hon. Joseph A. Dickson, Magistrate Judge